UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| JOHN BOAL PHOTOGRAPHY, LLC, | ) |
| Plaintiff | ) |
| v. | ) Civil No. 1:16CV654 |
| HANNOVER HOUSE, INC., | ) |
| ERIC PARKINSON, in his individual capacity, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Complaint and accompanying Exhibits was, on this 13th day of June, 2016, filed with the Clerk of Court, and will be served on the following:

Hannover House, Inc.
1428 Chester Avenue
Springdale, Arkansas 7276

Eric Parkinson
1428 Chester Avenue
Springdale, Arkansas 72764

/s/ Christina Sirois
CHRISTINA SIROIS (VSB No. 84454)
DAN BACKER (VSB No. 78256)
DB Capitol Strategies, PLLC
203 South Union Street, Suite 300
Alexandria, Virginia 22314
Telephone: (571) 207-6451
Fax: (202) 478-0750

csirois@dbcapitolstrategies.com
dbacker@dbcapitolstrategies.com

*Counsel for John Boal Photography, LLC*